# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KITEJET INVESTMENTS, INC.,**<br><br>    Plaintiff**,**<br><br>    v.<br><br>**AMANDA MIKLUSCAK,**<br><br>    Defendant. | Case No.: 4:23-cv-04272-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING CASE TO STATE COURT**<br><br>DKT. NOS. 2, 4 |

The Court carefully reviewed Magistrate Judge Ryu's Report and Recommendation to Grant *In Forma Pauperis* Application and Remand Case to Superior Court (Dkt. No. 4) (the "Report"), to which no party filed an objection. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. The application to proceed *in forma pauperis* is **GRANTED**; and

2. The action is **REMANDED** to Alameda Superior Court for want of federal subject matter jurisdiction.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: September 21, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**